UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 00-608 DWF

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MICHAEL BAY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court following issuance of a bench warrant for defendant's failure to appear at a court ordered debtor's examination. Defendant has now complied with the requirements of the debtor's examination, and, accordingly,

IT IS HEREBY ORDERED that the bench warrant be discharged.

Ordered this 7 day of ~~January~~ February, 2002.

UNITED STATES MAGISTRATE JUDGE

FEB - 8 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK